# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1108
LT Case No. 16-2021-CF-34-A

_____

JESSICA NICOLE RENNARD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Tatiana Radi Salvador, Judge.

Matthew J. Metz, Public Defender, and Joseph R. Chloupek, Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, and Heather Flanagan Ross, Assistant Attorney General, Tallahassee, for Appellee.


June 23, 2026


PER CURIAM.

AFFIRMED.


JAY, C.J., and LAMBERT, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____